FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 1 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MARYLAND

| | |
|---|---|
| MARIA KELLY, et al. | |
| Plaintiff, | |
| v. | Civil Action JFM 00-1391 |
| FULLWOOD FOODS, INC., et al. | |
| Defendant/Third Party Plaintiff | |
| v. | |
| United States of America | |
| Third Party Defendant | |

## ORDER GRANTING MOTION OF THIRD PARTY PLAINTIFFS
## FOR EXTENSION OF TIME TO FILE OPPOSITION
## TO MOTION TO DISMISS

Upon the aforegoing Consent Motion, there being no objection thereto, it is this

_____ day of _____, 2000;

ORDERED, by the Court, that Third Party Plaintiffs are hereby given until June 30, 2000 for filing an opposition to Third Party Defendant's Motion to Dismiss.

_____
JUDGE

Copies to:

Austin W. Brizendine, Jr., Esquire
Allen Loucks, Esquire
Maria K. Stanley, Esquire

