IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARIA KELLY, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil No. JFM-00-1391 |
| FULLWOOD FOODS, INC., et al., | : | |
| Defendants, | : | |
| v. | : | |
| UNITED STATES, | : | |
| Third Party Defendant. | : | |

...oOo...

## CONSENT MOTION FOR EXTENSION OF TIME FOR REPLY MEMORANDUM

Now comes the third-party defendant, by its undersigned counsel, and requests an extension of the time for the filing of its reply memorandum in support of the motion to dismiss.

In support whereof, the third-party defendant states:

1. On May 16, 2000 the third-party defendant filed a motion to dismiss the third-party complaint.

2. The third-party plaintiffs have requested, and received from the Court, leave to file an opposition to the third-party complaint on June 30, 2000 because the third-party plaintiffs are apparently contemplating filing an amended complaint. Under the Local

Rules, the third-party defendant's reply memorandum would be due on or about July 14.

3. The plaintiffs in the case, however, filed an opposition to the motion to dismiss on May 26, 2000. The third-party defendant's reply memorandum is due on June 12.

4. In order to consolidate the two reply memoranda into one paper, for the purpose of facilitating the presentation of the third-party defendant's arguments, the third-party defendant respectfully requests leave to file its reply to the plaintiffs' opposition to the motion to dismiss contemporaneously with its reply to the third-party plaintiffs' opposition, on or about July 14.

5. Counsel for the plaintiffs have been contacted and do not oppose this request.

WHEREFORE, the third-party defendant respectfully requests that the Court grant leave for the filing of a reply memorandum in support of the motion to dismiss the third-party complaint up through and including July 14, 2000.

Respectfully submitted,

Lynne A. Battaglia
United States Attorney

By: _____
Allen F. Loucks
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
410/209-4812

APPROVED and SO ORDERED this /2 day of /un 2000.

J. Frederick Motz.
United States District Judge

## Certificate of Service

I certify that on June 7, 2000 I caused a copy of the foregoing motion to extend time to be mailed, postage prepaid to: (1) Joel L. Katz, Joel L. Katz, P.A., 2060 West Street, Annapolis, Maryland 21401 and (2) Austin W. Brizendine, Jr., Brizendine, Bergen and Tripoda, 9690 Deereco Road, Suite 500, Timonium, Maryland 21093.

Allen F. Loucks
Assistant United States Attorney