UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

August 21, 2000

Memo to Counsel Re: Maria Kelly, et al. v. Fullwood Foods, Inc, et al.
Civil No. JFM-00-1391

Dear Counsel:

    Enclosed please find an opinion and order I am entering today granting in part and denying in part the United States' motion to dismiss.

    A scheduling conference will be held at 9:00 a.m. on September 25, 2000. Please bring your calendar with you to the conference. If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements. The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

    Please confer with one another prior to the conference pursuant to Rule 26(f). Please discuss at your meeting, in addition to the matters set forth in the Rule, the number of deposition hours of fact witnesses you believe will be necessary.

Very truly yours,

J. Frederick Motz
United States District Judge

