IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARIA KELLY, et al. * | |
| * | |
| v. * | |
| * | |
| FULLWOOD FOODS, INC., et al. * | CIVIL NO. JFM-00-1391 |
| * | |
| v. * | |
| * | |
| UNITED STATES OF AMERICA * | |

ORDER

In accordance with the attached Memorandum, it is this ___ day of August 2000, by the United States District Court for the District of Maryland, ORDERED:

1.  That the United States' Motion to Dismiss BE, and the same IS, hereby GRANTED IN PART AND DENIED IN PART; and

2.  That copies of this Memorandum and Order be mailed to counsel for the parties.

_____
J. Frederick Motz
United States District Judge