UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

October 4, 2000

Memo To Counsel Re: Maria Kelly v. Fullwood Foods, et al.
Civil No. JFM-00-1391

Dear Counsel:

This will confirm the schedule set during the conference held today.

| | |
|---|---|
| October 10, 2000 | Deadline for any opposition to the United States' motion to stay (the United States will file any reply within the time provided by the Local Rules) |
| November 17, 2000 | Deadline for KFC defendants to file motion to dismiss or for summary judgment |
| December 8, 2000 | Deadline for plaintiff's opposition |
| December 22, 2000 | Deadline for defendants' reply |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File