IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| MARIA KELLY, et al.<br><br>Plaintiff<br><br>v.<br><br>FULLWOOD FOODS, INC., et al.<br><br>Defendant/Third Party Plaintiff<br><br>v.<br><br>United States of America<br><br>Third Party Defendant | Civil Action JFM 00-1391 |

## ORDER

Upon the foregoing Motion to extend, it is this _12_ day of _Oct_, 2000,

ORDERED, by the Court, that the time for Third Party Plaintiffs' to file any opposition to the Third Party Defendant's Motion for Separate Trials is hereby extended to October 31, 2000, with any reply thereto to be filed within the time as provided by the FRCP.

_____
JUDGE

- 3 -