IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARIA KELLY, ET AL. | * | |
| | * | |
| v. | * | Civil No. JFM-00-1391 |
| | * | |
| UNITED STATES, ET AL. | * | |

\*\*\*\*\*

ORDER

The United States has filed a motion to substitute itself as the third-party defendant in place of Total Health Care, Inc. The motion was filed contemporaneously with a motion to dismiss filed by the United States. On August 21, 2000, I entered a memorandum and order granting in part and denying in part the motion to dismiss. However, I neglected to rule upon the motion to substitute. The motion is well founded. Accordingly, it is, this 18th day of January 2001

ORDERED that

1. The motion to substitute the United States of America for third-party defendant Total Health Care, Inc. is granted; and

2. The United States of America is substituted as the third-party defendant for Total Health Care, Inc.

_/s/_
J. Frederick Motz
United States District Judge