UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

February 23, 2001

Memo To Counsel Re: Maria Kelly v. Fullwood Foods, Inc., et al.
Civil No. JFM-00-1391

Dear Counsel:

This will confirm the schedule set during the conference held yesterday.

"KFC Entities" Issues

| | |
|---|---|
| April 26, 2001 | Discovery deadline |
| May 10, 2001 | Deadline for the United States to file any cross-claims or third-party claims and for plaintiff to file any amended claims |
| June 25, 2001 | Deadline for KFC defendants to file any motions to dismiss or for summary judgment as to any newly filed claims or as to plaintiff's existing claims |

Expert Discovery Re Plaintiff's Claims Against KFC

| | |
|---|---|
| April 26, 2001 | Deadline for plaintiff's Rule 26(a)(2) disclosures |
| May 29, 2001 | Deadline for Rule 26(a)(2) disclosures by defendants (KFC and the United States) |
| June 13, 2001 | Deadline for plaintiff's rebuttal Rule 26(a)(2) disclosures |

Medical Malpractice Expert Discovery

| | |
|---|---|
| May 25, 2001 | Deadline for KFC's Rule 26(a)(2) disclosures |
| July 9, 2001 | Deadline for United States' Rule 26(a)(2) disclosures |
| August 9, 2001 | KFC's rebuttal Rule 26(a)(2) disclosures |



**Page Two**

Other Dates

|  |  |
|---|---|
| September 12, 2001<br>8:30 a.m. | Status conference (may be by telephone) |
| January 14, 2002 | Deadline for dispositive motions |
| January 18, 2002 | Deadline for oppositions to dispositive motions |
| February 1, 2002 | Deadline for replies in support of dispositive motions |

This will also confirm, as discussed during the conference, that the United States' motion for severance is denied.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File