IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARIA KELLY | * |
| | * |
| v. | *  Civil No. JFM-00-1391 |
| | * |
| FULLWOOD FOODS, ET AL. | * |
| | ***** |

As stated in the accompanying memorandum to counsel, it is, this 23rd day of February 2001

ORDERED that the motion for severance filed by the United States is denied.

_____
J. Frederick Motz
United States District Judge