IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

MARIA KELLY, et al.

    Plaintiff,

v.

FULLWOOD FOODS, INC., et al.

    Defendant/Third Party Plaintiff

v.

United States of America

    Third Party Defendant

Civil Action JFM 00-1391

**ORDER GRANTING THIRD PARTY PLAINTIFFS CONSENT MOTION TO EXTEND TIME FOR NAMING MEDICAL MALPRACTICE EXPERTS**

Upon the foregoing Motion, there being no objection thereto, it is this _18th_ day of _May_, 2001:

ORDERED, by the Court, that the scheduling order regarding naming of experts in the medical malpractice case is hereby modified as follows:

1. Third Party Plaintiffs (KFC entities) shall have until July 20, 2001 to name experts and provide Rule 26(a)(2) disclosures.

2. A deadline for the United States Rule 26(a)(2) disclosures is hereby extended to August 31, 2001.



3. KFC's rebuttal Rule 26(a)(2) disclosures shall be on or before September 11, 2001.

_____
JUDGE

cc:  Clinten J. Allgair, Esquire
Joel L. Katz. P.A.
The Katz Building
2060 West Street
Annapolis, MD 21401-3000

Allen F. Loucks, Esquire
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

Ariana Wright Arnold, Esquire
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

Austin W. Brizendine, Jr.. Esquire
Brizendine, Bergen & Tripoda
9690 Deereco Road, Suite 405
Timonium, MD 21093