IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| MARIA KELLY, et al.<br><br>Plaintiff,<br><br>v.<br><br>FULLWOOD FOODS, INC., et al.<br><br>Defendant/Third Party Plaintiff<br><br>v.<br><br>United States of America<br><br>Third Party Defendant | Civil Action JFM 00-1391 |

**ORDER TO EXTEND TIME FOR KFC ENTITIES
TO FILE MOTION TO DISMISS**

Upon the foregoing Motion to Extend Time, there being no objections thereto, it is this _____ day of _____, 2001;

ORDERED, by the Court, that the time for KFC entities to file a Motion to Dismiss based on corporate identity is hereby extended to July 2, 2001.

_____
JUDGE

- 3 -