IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| MARIA KELLY, et al. | |
| Plaintiff, | |
| v. | Civil Action JFM 00-1391 |
| FULLWOOD FOODS, INC., et al. | |
| Defendant/Third Party Plaintiff | |
| v. | |
| United States of America | |
| Third Party Defendant | |

**ORDER GRANTING MOTION ALLOWING LATE FILING OF
MOTIONS FOR SUMMARY JUDGMENT ON BEHALF OF KFC ENTITIES**

Upon the foregoing Motion, there being no objection thereto, it is this _10th_ day of _July_, 2001:

ORDERED, by the Court, that the late filing of the Motion for Summary Judgment by the KFC Entities in the above-captioned matter is hereby allowed.

_____
JUDGE

- 4 -

- 5 -

cc: Clinten J. Allgair, Esquire
Joel L. Katz, P.A.
2060 West Street
The Katz Building
Annapolis, MD 21401

Ariana Wright Arnold, Esquire
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

Austin W. Brizendine, Jr., Esquire
Law Offices of Brizendine, Bergen & Tripoda
9690 Deereco Road, Suite 405
Timonium, MD 21093