IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| MARIA KELLY, et al.<br><br>  Plaintiff,<br><br>v.<br><br>FULLWOOD FOODS, INC., et al.<br><br>  Defendant/Third Party Plaintiff<br><br>v.<br><br>United States of America<br><br>  Third Party Defendant | Civil Action JFM 00-1391 |

## ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER FOR THE NAMING OF THE KFC ENTITIES MALPRACTICE EXPERTS AND RELATED DEADLINES

Upon the foregoing Motion to Extend Time, and there being no opposition thereto, it is this  23rd  day of  July  , 2001;

ORDERED, by the Court, that the Scheduling Order entered in the above-captioned matter is hereby modified as follows:

1. The deadline for KFC's Rule 26(a)(2) disclosures is September 28, 2001.

2. The deadline for United States Rule 26(a)(2) disclosures is November 16, 2001;

3. Deadline for KFC's Rebuttal Rule 26(a)(2) disclosures is November 30, 2001;

- 4 -

4. The status conference in the above-captioned matter is scheduled for *December 6, 2001, at 8:30 a.m.*

_____
J. Frederick Motz, United States District Judge

cc: Clinten J. Allgair, Esquire
Joel L. Katz, P.A.
2060 West Street
The Katz Building
Annapolis, MD 21401

Ariana Wright Arnold, Esquire
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

Austin W. Brizendine, Jr., Esquire
Law Offices of Brizendine, Bergen & Tripoda
9690 Deereco Road, Suite 405
Timonium, MD 21093