

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARIA KELLY, ET AL. | * |
| | * |
| | * Civil No. JFM-00-1391 |
| | * |
| FULLWOOD FOODS, INC., ET AL. | * |

\*\*\*\*\*

ORDER

Defendants KFC National Management Company and Kentucky Fried Chicken of California, Inc., have filed a motion for summary judgment. In their response, plaintiffs concede that neither of these defendants has properly been named as a defendant. Accordingly, it is, this _19th_ day of September 2001

ORDERED

1. The motion for summary judgment filed by Defendants KFC National Management Company and Kentucky Fried Chicken of California, Inc. is granted; and

2. Judgment is entered in favor of defendants KFC National Management Company and Kentucky Fried Chicken of California, Inc.

J. Frederick Motz
United States District Judge