FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 OCT 26  A 8: 25

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| MARIA KELLY, et al. | |
| Plaintiff, | |
| v. | Civil Action JFM 00-1391 |
| FULLWOOD FOODS, INC., et al. | |
| Defendant/Third Party Plaintiff | |
| v. | |
| United States of America | |
| Third Party Defendant | |

## ORDER

Upon the foregoing Motion to Extend Time for Filing Opposition to the Plaintiff's Motion for Leave of Court to File Amended Complaint, and any response thereto, it is this _____ day of _____, 2001;

ORDERED, by the Court, that the Motion is GRANTED, and any opposition to Plaintiff's Motion for Leave of Court to File Amended Complaint shall be filed on or before October 26, 2001.

_____
JUDGE

cc:  Austin W. Brizendine, Jr., Esquire
     Clinten J. Allgair, Esquire
     Ariana Wright Arnold, Esquire

L:\5156\Order 09-26-01.doc