UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

November 14, 2001

Memo To Counsel Re: Maria Kelly, et al. v. Fullwood Foods, Inc., et al.
Civil No. JFM-00-1391

Dear Counsel:

I have reviewed the motion to amend scheduling order that was filed on September 27, 2001. I understand that the government consents to the motion.

The schedule is hereby modified as follows:

| Date | Event |
|---|---|
| November 29, 2001 | Deadline for KFC's Rule 26(a)(2) disclosures |
| January 18, 2002 | Deadline for the United States' Rule 26(a)(2) disclosures |
| January 25, 2002 | Deadline for Rule 26(a)(2) disclosures re rebuttal experts |
| January 29, 2002 8:30 a.m. | Status conference |
| February 28, 2002 | Deadline for dispositive motions (subject to the provisions of Local Rule 105.2.c) |
| March 15, 2002 | Deadline for oppositions to any summary judgment motions and any cross-motions for summary judgment |
| March 29, 2002 | Deadline for opposition/replies |
| April 8, 2002 | Deadline for replies (if any cross-motion is filed) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File