UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

November 14, 2001

Memo To Counsel Re: Maria Kelly, et al. v. Fullwood Foods, et al.
Civil No. JFM-00-1391

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiffs' motion for leave to file an amended complaint.

The motion is granted on the ground that the existing defendants do not have standing to oppose it since the amended complaint seeks to add new parties unrelated to the moving defendants. In granting the motion, I am expressing no view on the question of whether or not plaintiffs' claims against the newly added defendants are time barred. I am likewise expressing no view on the question of whether plaintiffs are entitled to any discovery on the issue.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File