IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARIA KELLY, ET AL. | * | |
| | * | |
| v. | * | Civil No. JFM-00-1391 |
| | * | |
| FULLWOOD FOODS, ET AL. | * | |
| | ***** | |

ORDER

As stated in the accompanying memorandum to counsel, it is, this 14th day of November 2001

ORDERED that plaintiffs' motion for leave to file an amended complaint is granted.

_____
J. Frederick Motz
United States District Judge